No. 87–208.  MIRRER *v.* INHAM, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 87–231.  STOVER *v.* JOURNAL PUBLISHING CO. ET AL. Sup. Ct. N. M.  Certiorari denied.

No. 87–241.  STOBAUGH *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 87–244.  MATCHETT *v.* WOLD.  C. A. 7th Cir.  Certiorari denied.

No. 87–252.  HAMILTON ET AL. *v.* MORRIS COUNTY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–258.  BENEVENTO ET AL. *v.* MOBIL OIL CORP.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 87–263.  MICHIGAN *v.* JOHNSON.  Ct. App. Mich.  Certiorari denied.

No. 87–264.  SOLIS ET AL. *v.* BAY AREA RAPID TRANSIT DISTRICT.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 87–266.  MARTELLI *v.* MARTELLI ET AL.  Sup. Ct. Pa. Certiorari denied.

No. 87–269.  DARBY ET AL. *v.* FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 87–274.  BUNTON ET AL. *v.* NABISCO BRANDS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 87–277.  FLORIDA *v.* EBER ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 87–278.  RAYNOVICH *v.* GREGG ET AL.  Ct. Sp. App. Md. Certiorari denied.

No. 87–279.  BALLINGER *v.* NORTH CAROLINA AGRICULTURAL EXTENSION SERVICE ET AL.  C. A. 4th Cir.  Certiorari denied.